# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| THOMAS PATTERSON, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>DAVID W. PURKEY, et al., )<br>)<br>*Defendants*. ) | No. 1:18-CV-279<br>REEVES/STEGER |

## JUDGMENT

In accordance with the Memorandum Opinion filed contemporaneously herewith, this case is **DISMISSED without prejudice** for failure to prosecute in accordance with Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT

*/s/ JOHN L. MEDEARIS*
CLERK OF COURT